UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HINES, | No. 2:13-cv-0392 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| NORIEGA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 9, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 37. Defendant has filed objections to the findings and recommendations. ECF No. 38.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. However, for the reasons stated in defendant's objections, ECF No. 38 at 3-4, the court declines to adopt the second paragraph on page 19 of the findings and recommendations, lines 15

1 | through 22.

2 |     Accordingly, IT IS HEREBY ORDERED that:

3 |     1. The findings and recommendations filed March 9, 2015, are adopted in full; and

4 |     2. Defendants' motion for summary judgment (ECF No. 28) is denied.

6 | DATED: June 9, 2015

7 |                       /s/ John A. Mendez_____

8 |                       UNITED STATES DISTRICT COURT JUDGE